STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 11th day of September, 2017.

Present: Lloyd A. Karmeier, Chief Justice
Justice Charles E. Freeman                Justice Robert R. Thomas
Justice Thomas L. Kilbride                Justice Rita B. Garman
Justice Anne M. Burke                     Justice Mary Jane Theis

On the 22nd day of September, 2017, the Supreme Court entered the following judgment:

M.R.028824

In re:                                                Attorney Registration & Disciplinary
                                                      Commission
James Windsor Eason.
                                                      2017PR00060

Petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763. <u>Allowed</u>. Respondent James Windsor Eason, who has been disciplined in the State of Missouri, is suspended from the practice of law for six (6) months and until further order of the Court, with the suspension stayed in its entirety by a one (1) year period of probation, *nunc pro tunc* to May 23, 2017, subject to the conditions of probation imposed upon respondent by the Supreme Court of Missouri and until he successfully completes his period of probation in the State of Missouri.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.



IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 22nd day of September, 2017.

Carolyn Taft Grosboll, Clerk,
Supreme Court of the State of Illinois